**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Charles Emanuel RASH, a/k/a Chaz, a/k/a Charlie, Defendant— Appellant.**

No. 09–7805.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2009.

Decided: Dec. 22, 2009.

Charles Emanuel Rash, Appellant pro se. Paul Thomas Camilletti, Assistant United States Attorney, Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Emanuel Rash appeals the district court's order denying his motion for a reduction of sentence, which Rash styled as a petition for writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm

for the reasons stated by the district court. *United States v. Rash,* No. 3:01–cr–00025–JPB–DJJ–1 (N.D.W.Va. Sept. 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*